## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:17–cr–00822
                                    Honorable Edmond E. Chang

Jose Flores, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2019:

       MINUTE entry before the Honorable Edmond E. Chang as to Jose Flores and Jose Acosta: Status hearing held for both defendants. Defendants are in custody and appeared in court. The Court and the parties discussed the suppression motions. On Acosta's motion, the primary flaw is that he cannot assert the Fourth Amendment or Fifth Amendment rights of co–defendant Flores, and there appears to be no question that the evidence developed from the Flores stop would supply plentiful probable cause for Acosta's arrest. But Acosta may file a reply brief addressing this and any other issue by 11/18/2019. No hearing is needed as to Acosta's motion. On Flores's motion, in contrast, a hearing is needed. As detailed during the hearing, the parties shall confer on (1) discovery relating to what the officers knew, and how they knew it, about 1923 South Peoria; (2) whether the government will seek to cross–examine Flores with the now–vacated plea agreement; and (3) whether the testimony of attorney Jonathan Brayman is necessary. Status hearing set for 12/05/2019 at 10 a.m., at which time the Court will set the evidentiary hearing schedule, including the prehearing exchange of exhibits. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 11/01/2019 to 12/05/2019 under the Speedy Trial Act to allow for consideration of the suppression motions. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.